UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEORGE WILLIAMS, AS DISTRIBUTEE OF THE
ESTATE OF SHAWN TODD,

                          Plaintiff,                    JUDGMENT

     v.

                                                 20-CV-1568 (LDH) (VMS)

A TEAM SECURITY, INC.,

                        Defendant.
-------------------------------------------------------------X

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States

District Judge, having been filed on March 31, 2023, granting Defendant's motion for summary

judgment; and dismissing Plaintiff's complaint in its entirety; it is

        ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted;

and that Plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York                     Brenna B. Mahoney
       March 31, 2023                       Clerk of Court

                                   By:     */s/Jalitza Poveda*
                                       Deputy Clerk